# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

Jason Jarrell Spikes

v.

Judge Richard Swartz

Case No. **19-9713**

**SECT. M MAG. 2**

1. Jason Jarrell Spikes
   Jason Jarrell Hughes

2. Elayn Hunt Correctional Center
   P.O. Box 174   St. Gabriel, LA 70776
   537025

3. State authorities

4. Serving a sentence incarceration after having been convicted of a crime
   22nd District Courtroom Franklinton, Louisiana
   16-CR6-129868
   June 26, 2017

5. Detainer
   others. How he ~~refused~~ denied my motion to sever. How I had and still have two go to trial for two counts of offenses that I caught at two different times and they don't have anything to do

TENDERED FOR FILING
APR 18 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

with each other. The charges are attempted murder three times and possesion with the intent to distribute cocaine. Also, he was the judge when Brian Meisner became my lawyer, but he wasn't hired by the 22nd Public Defender Office I don't know who hired him.

6. 22nd Judicial Court of LA.    Franklinton, Louisiana
14CR8-126847
Rights of accused in criminal prosecution

7. didn't file

8. didn't file

9. didn't file

10. didn't file

11. didn't file

12. didn't file

13. Ground One ✗ No I didn't Appeal
I was indicted on three counts of attempted murder on August 2014 and I was indicted on possesion with intent to distribute cocaine on October 2014. These charges don't have nothing to do with each other I should have not went to trail at the same time. The cocaine charge was under three grams it should've been possesion of cocaine. I should've had two different pleas instead of 25 with the bill. My 6th, 8th, and 14th Amendment was broken

3.

## Ground Two

My 6th, 8th, and 14th Amendment was broken. The judge supposed to be over the state hiring you a lawyer. Brian Meissner was my attorney, but the 22nd Public Defender didn't have him. It was a conflict-of-interest. Brian Meissner conspired with the rest of the 22nd District-Court. No, I didn't Appeal

14. No, I didn't appeal anything; Because the court want answer my motions

15. Squash my pending charge. Civil, criminal, and administrative liabilities.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 4-1-19

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

4-1-19                                          Jason Spikes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason Jarrell Spikes

v.

Judge Richard Swartz

Civil Action No.

Section " " Mag

## Pleadings

Tittle 42 of U.S. Code Section 1983 - Civil Action for Deprivation of Civil Rights

Tittle 42 of U.S. Code Section 1985 - Conspiracy to Interfere with Civil Rights

Tittle 42 of U.S. Code Section 1981 - Equal Rights under the Law.

Tittle 18 of U.S. Code Section 242 - Criminal Liability for Deprivation of Civil Rights

Tittle 18 of U.S. Code Section 241 - Criminal Liability for Conspiracy to Deprive a Person of Rights

Tittle 18 of U.S. Code Section 245 - Violations of Federally Protected Activities

Infliction of Mental or Emotional Distress

2.

Ethnic Violation

The Brady Rule on Disclosure of Evidence to the Accused

The Right to a Fair and Impartial Trial

4-1-19

*Jason Spikes*

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel to record either in person or by mailing it postage prepaid on this 1st day of April, 2019

*Jason Spikes*

Clerk of Court,

I'm writing the court. I don't know how many copies is needed. If you need more then these one copies. You can make copies, and take it out of the application to proceed in pauper status. Also, these cases consolidates with

Jason Jarrell Spikes                    Civil Action
                                        No. 19-2500
vs
22nd District Courtroom                 Section "M" Mg (2)

Jason Jarrell Spikes
537025
Elayn Hunt Corr Center
P.O. Box 174
St Gabriel, LA 70776

United States District Court
Eastern District of Louisiana
500 Poydras
New Orleans, LA 70130

Baton Rouge P&DC 708
12 APR 2019 PM

ZIP 70776 $ 001.45⁰
02 4W
0000351506 APR 12 2019
U.S. POSTAGE >> PITNEY BOWES





**PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER**